Amalgamated Association of Street, Electric Railway & Motor Coach Employees of America, Division 998, and others, Appellants, vs. Milwaukee Electric Railway & Transport Company and another, Respondents.

*May 6—July 12, 1949.*

For the appellants there were briefs by *Padway, Goldberg & Previant,* and oral argument by *David E. Previant, Saul Cooper,* and *William F. Quick,* all of Milwaukee.

For the respondent Wisconsin Employment Relations Board there were briefs by the *Attorney General, Stewart G. Honeck,* deputy attorney general, and *Beatrice Lampert,* assistant attorney general, and oral argument by *Mrs. Lampert.*

For the respondent Milwaukee Electric Railway & Transport Company there was a brief by *Shaw, Muskat & Paulsen* of Milwaukee, and oral argument by *Martin R. Paulsen.*

BROADFOOT, J. This case was argued and submitted with the case of *United G., C. & C. Workers v. Wisconsin E. R. Board,* ante, p. 154, 38 N. W. (2d) 692, before the trial court and before this court.

Following the argument and submission of this case below, the trial court filed a decision overruling the demurrers to the separate answers of the defendants, but directed that judgments might be entered declaring the rights and status of the parties. When the demurrers were overruled, the burden of proceeding with the case was upon the plaintiffs. The plaintiffs elected to produce no evidence and upon that election the trial court should have entered an order dismissing the complaint. For that reason the judgment entered must be reversed.

*By the Court.*—Judgment reversed and cause remanded with directions to enter an order dismissing the plaintiffs' complaint.